UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAROLINE KAMPE, et al., | |
|---|---|
| Plaintiffs, | Case No. 22-cv-02055-JST |
| v. | **CLERK'S JUDGMENT** |
| VOLTA INC., et al., | Re: Dkt. No. 126 |
| Defendants. | |

Pursuant to the Order Granting Motion to Dismiss signed October 21, 2024, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 21, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR